IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-cr-04037-FJG-1 |
| | ) | |
| Angel Pleciado-Cardenas, | ) | |
|     Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #25 filed on August 19, 2013), to which no objection has been filed, the plea of guilty to Counts One and Two of the Indictment which was filed on June 24, 2013, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                     */s/ Fernando J. Gaitan, Jr.*
                                                     Fernando J. Gaitan, Jr.
                                                     Chief United States District Judge

Dated: September 10, 2013
Kansas City, Missouri